IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05cv243

| | |
|---|---|
| NANCY R. STRETCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MISSION HEALTH, INC.; and ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the court's own Motion for Imposition of Sanctions6. On September 15, 2006, a hearing was held on such motion, and counsel for the respective parties resolved such motion to the satisfaction of the court in a manner that did not result in the payment of sanctions to the court. The court appreciates the fine manner in which respective counsel have worked to get this matter back on track.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion for Sanctions is **DISMISSED** as satisfied.

Signed: September 18, 2006

_____
Dennis L. Howell
United States Magistrate Judge

-1-